IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

    Petitioner,           No. CIV S-07-470 WBS KJM P

    vs.

GOVERNOR SCHWARZENEGGER, et al.,

    Respondents.      <u>ORDER</u>

_____/

        A status conference was held on June 20, 2007. Ann McClintock, Assistant Federal Defender, appeared for petitioner; Jessica Blonien, Deputy Attorney General, appeared for respondent. The following dates were set:

        1. The amended petition is due within forty-five days of the date of this order;

        2. The response to that petition is due within sixty days of the filing of the amended petition; and

        3. If an answer is filed, the reply is due thirty days thereafter.

        4. Petitioner's discovery motion, if any, is due within thirty days of the date the answer is filed; the dates for opposition, reply, and hearing shall follow the requirements of Local Rule 78-230(m).

/////

1    5. The dates set in the order of April 9, 2007 are hereby vacated.

2    IT IS SO ORDERED.

3 DATED: June 20, 2007.

_____
U.S. MAGISTRATE JUDGE

8   2

9   bigg0470.oah