1  DANIEL J. BRODERICK, Bar #89494
   Federal Defender
2  ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   JEFFREY J. BIGGS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY J. BIGGS,                )  No. CIV S 07-0470 WBS KJM P
                                     )
12            Petitioner,            )
                                     )
13        v.                         )  **UNOPPOSED REQUEST TO EXTEND**
                                     )  **TIME FOR FILING AMENDED**
14  ARNOLD SCHWARZENEGGER , et       )  **PETITION; DECLARATION IN**
    al.,                             )  **SUPPORT OF REQUEST; ORDER**
15                                   )
              Respondents.           )  Judge: Hon. Kimberly J. Mueller
16  _____  )

17

18          Petitioner, JEFFREY J. BIGGS, by and through his counsel, hereby requests a

19  21-day extension of time to file Petitioner's Amended Petition from August 6 , 2007, to

20  August 27, 2007.  This request is made pursuant to Local Rule 6-144 and is based on the

21  attached Declaration of Ann C. M<sup>c</sup>Clintock.  Respondents' counsel, Deputy Attorney General

22  / / /

23  / / /

24

25

26

27

28                                    1

1   Jessica N. Blonien, has no opposition to this request.

2   Dated: August 6, 2007                    Respectfully submitted,

3

4                                            DANIEL J. BRODERICK
                                             Federal Defender
5

6

7                                            /s/  Ann C. M<sup>c</sup>Clintock
                                             ANN C. M<sup>c</sup>CLINTOCK
8                                            Assistant Federal Defender

                                             Attorney for Petitioner
9                                            JEFFREY J. BIGGS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ANN C. M<sup>c</sup>CLINTOCK

I, Ann C. M<sup>c</sup>Clintock, declare as follows:

1.  I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District; I am employed as an Assistant Federal Defender and, in that capacity, represent the petitioner in this matter.

2.  Pursuant to this Court's order following appointment of counsel, I am preparing an amended petition in this habeas matter.  I filed a status report on June 6, 2007, and appeared at the status conference in this matter on June 20, 2007.  The Amended Petition is due today.

3.  I have been unable to complete the Amended Petition due to unexpected work needed in others cases, including motions litigation in the Ninth Circuit and this court in *Fowler v. Butler*, CV S 02-2250 GEB JFM, C.A. No. 07-16096, and *Pirtle v. California Board of Prison, et al*, CV S 04-518 FCD KJM , C.A. No. 07-16097, and preparations for an evidentiary hearing in *Sylvester v. Rawers, et al*, CV S 03-1301 GEB JFM, that is currently set for September 10, 2007, at 10 a.m.

4.  I anticipate needing only a few more days to prepare and file the pleading, but my current work schedule does not include this time this week.  I have a previously planned vacation scheduled from August 13, 2007, through and including August 17, 2007.  I therefore believe that an extension of time until August 27, 2007, is needed.

5.  I discussed this request with respondents' counsel, Jessica N. Blonien.  She has no objection to it.

I declare the foregoing is true and correct.

Executed this 6th day of August, 2007, at Sacramento, California.

/s/  *Ann C. M<sup>c</sup>Clintock*

ORDER

Good cause appearing, petitioner is given to and including August 27, 2007, to file an amended petition.

Dated:  August 9, 2007.

_____
U.S. MAGISTRATE JUDGE