DANIEL J. BRODERICK, Bar #89494
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
e-mail: monica_knox@fd.org

Attorneys for Petitioner
JEFFREY J. BIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY J. BIGGS**, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **ARNOLD SCHWARZENEGGER, et al.**, ) <br> ) <br> Respondents. ) <br> _____ ) | No. CIV S 07-0470 WBS KJM P <br><br> **UNOPPOSED REQUEST TO EXTEND TIME FOR FILING TRAVERSE; DECLARATION IN SUPPORT OF REQUEST; PROPOSED ORDER** <br><br> Judge: Hon. Kimberly J. Mueller |

Petitioner, JEFFREY J. BIGGS, by and through his counsel, hereby requests a 60-day extension of time, to and including January 23, 2008, in which to file Petitioner's Traverse and any discovery request. This request is made pursuant to Local Rule 6-144 and is based on the attached Declaration of Monica Knox.

Dated: November 21, 2007                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ *Monica Knox*
                                        MONICA KNOX
                                        Assistant Federal Defender

                                        Attorneys for Petitioner

## DECLARATION OF MONICA KNOX

I, Monica Knox, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District; I am employed as an Assistant Federal Defender and, in that capacity, represent the petitioner in this matter.

Petitioner's Traverse is due for filing on November 26, 2007. From its inception, this case has been assigned to Assistant Federal Defender Ann McClintock. Last week, Ms. McClintock was required to unexpectedly take medical leave; she will be out on leave until January 2008. Thus, this case has been reassigned to me.

I need time to review records and pleadings before I can prepare and file a Traverse in this matter. In addition to having my own caseload to manage, I have taken over several of Ms. McClintock's cases. Thus, I am asking for sixty days to give me time to come up to speed on this case and prepare the Traverse.

I have left a message with respondents' counsel, Deputy Attorney General Krista Pollard, advising her of my intention to seek this extension. Although I asked her to let me know her position on my request, I am not sure she is in the office today (as it is the day before Thanksgiving); in any event, I have not heard back from her yet.

I declare the foregoing is true and correct.

Executed this 22nd day of November, 2007, at Sacramento, California.

/s/ *Monica Knox*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY BIGGS**, | NO. CIV S-07-0470 WBS KJM P |
| Petitioner, | |
| v. | **ORDER** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Respondents. | |

**GOOD CAUSE APPEARING**, petitioner is given to and including January 23 2008, in which to file his Traverse.

Dated: November 30, 2007

_____
U.S. MAGISTRATE JUDGE