IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

    Petitioner,                              No. CIV S-07-0470 WBS KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                             ORDER

_____/

        On November, 20, 2009, the court granted petitioner's motion for additional discovery. The parties are now directed to file a joint statement informing the court of the status of this case, whether any party requests an opportunity for additional briefing in light of the discovery produced pursuant to the court's order, and if briefing is requested according to what schedule.

        IT IS SO ORDERED.

DATED: August 31, 2010.

_____
U.S. MAGISTRATE JUDGE

4
bigg0470.ord