IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

    Petitioner,               No. 2:07-cv-0470 WBS KJN (TEMP) P

    vs.

SCHWARZENEGGER, et al.

    Respondents.        ORDER

_____/

        Petitioner is a former state prisoner proceeding with counsel, on an application for writ of habeas corpus under 28 U.S.C. § 2254.  A hearing on the motion to dismiss is currently set for June 16, 2011.  Respondent has moved for a continuance of the hearing and represents that petitioner's counsel has no objection.  The continuance will be granted; however, the new hearing will not be set for July 7, 2011, as requested.  Instead, the motion will be heard on July 28, 2011.

        Accordingly, the motion for a continuance (docket no. 51) is granted.  The hearing on the motion to dismiss is continued to July 28, 2011, at 10:00 a.m., in Courtroom 25 before

////

////

////

1

1  Magistrate Judge Kendall J. Newman.

2  DATED: June 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bigg0470.eot